## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEON SHAWN COLLINGTON, | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| v. | : | |
| JOSEPH DELANY AND | : | JUNE 8, 2017 |
| TIDEWATER EXPRESS, INC. | | |
| Defendants. | | |

## NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Connecticut, the defendant, Tidewater Express, Inc. (hereinafter the "Corporate Defendant"), hereby files this Notice of Removal pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446 and, in support thereof, respectfully states:

1.     On May 12, 2017, the Corporate Defendant was served with and actually received the Summons and Complaint for this matter.  On May 31, 2017, the Complaint and Summons for this matter were filed in the Superior Court for the Judicial District of Stamford-Norwalk at Stamford entitled: <u>Leon Shawn Collington v. Joseph Delany, et al.</u>, with docket number FST-CV17-6032276-S (hereinafter "State Action") returnable June 6, 2017, a copy of which, along with the Return of Service, is attached hereto as Exhibit A.  On the same day, the plaintiff, Leon Shawn Collington (hereinafter the "Plaintiff"), filed the Return of Service

1

indicating that service was made on the defendant Joseph Delany ("Mr. Delany") by leaving a true and attested copy of the Summons and Complaint with the Commissioner of Motor Vehicles in Connecticut. The State Marshal also attempted to make service upon Mr. Delany by depositing at the Post Office, via certified mail, postage paid, return receipt requested, a true and attested copy of the Complaint. However, to date, Mr. Delany has not actually received the Summons and Complaint for this matter.

2.      In the Complaint, the Plaintiff alleges one count of negligence against Mr. Delany individually and one count of vicarious liability against the Corporate Defendant arising out of an alleged personal injury occurring on or about April 28, 2015.

3.      This action involves citizens of different states.   At all times relevant, the Plaintiff is a resident of the City of Stamford, County of Fairfield and State of Connecticut. (See Exhibit A, Summons).

4.      The defendant, Tidewater Express, Inc., is a foreign corporation with a principal business address of 1749 W. Pembroke Avenue in Hampton, Virginia. Attorney Michael R. Keller has filed a notice of appearance on behalf of Tidewater Express, Inc. in the State Action, a copy of which is attached hereto as Exhibit B.

5.      The Summons states that the defendant, Mr. Delany, is a resident of the city of San Diego in the State of California. Mr. Delany, however, is actually a resident of the city of Pocomoke City in the State of Maryland.   Attorney Michael R. Keller has filed a notice of appearance on behalf of Mr. Delany, a copy of which is attached hereto as Exhibit B.  Without

2

1332995v.1

waiving any entitled jurisdictional defenses, Mr. Delany consents to the filing of this Notice of Removal.

6.      Upon information and belief, and based on the allegations in the Plaintiff's Complaint, the amount in controversy in this action is likely in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.  The Plaintiff's Complaint alleges that the Plaintiff was operating a commercial motor vehicle on I-95 northbound and entering the Fairfield Rest Area in Fairfield, Connecticut when he struck the rear of the Defendant's vehicle.  (Ex. A, Complaint, ¶¶ 1-2).  As a result of the accident, the Plaintiff alleges that he sustained chest pain; right side pain; low back pain; left elbow pain; bilateral leg pain; deformities to his upper and lower extremities; fractured ribs; pulmonary contusion; right lobe pneumothorax; Grade 2 liver laceration; chest wall injury; lung contusion; closed rib fracture; forearm pain; lumbago; bruising; abrasions; difficulty breathing; right shoulder pain; decreased range of motion to right shoulder; wrist tenderness; adhesive capsulitis right shoulder; acute costochondritis; sternocostal pain; contusion of right chest wall; right pulmonary contusion; contusion to left elbow; elbow strain; impaired posture; impaired muscle performance; impaired joint mobility; ligament or connective tissue disorder; pain; suffering; mental anguish; sleeplessness; anxiety; and, emotional distress.  (Ex. A, Complaint, ¶ 3). The Plaintiff further claims he has incurred large sums of money for medical treatment and will likely be forced to incur additional costs for medical treatment in the future.  (Ex. A, Complaint, ¶ 4).  The Plaintiff also claims he has been unable to enjoy life's activities, has become anxious and fearful of increased risk of future injuries, was unable to pursue his normal course of

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

1332995v.1

employment, and may be restricted from employment in the future. (Ex. A, Complaint, ¶¶ 5-8).

7.      The State Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 because (1) the place of incorporation and principal place of business of the Corporate Defendant, and the citizenship of the individual defendant, Mr. Delany, are wholly diverse from the citizenship of the Plaintiff; and (2) the amount in controversy, exclusive of interest and costs, likely exceeds Seventy-Five Thousand Dollars ($75,000.00).  Removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441 *et seq.*

8.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt by the Corporate Defendant of the Summons and Complaint on May 12, 2017, setting forth the claims for relief upon which the action is based.

9.      The Defendant has complied with the procedural requirements for removal as set forth in 28 U.S.C. § 1446.

10.     The Superior Court for the Judicial District of Stamford at Stamford-Norwalk is located within the District of Connecticut, and, therefore, venue is proper pursuant to 28 U.S.C. § 86, because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

11.     A copy of the written notice required by 28 U.S.C. § 1446(d) is attached hereto as Exhibit C.

WHEREFORE, the Defendant respectfully removes this action from the Superior Court of Connecticut, Judicial District of New Haven at New Haven, to this Court pursuant to 28 U.S.C. § 1332 and U.S.C. § 1441.

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902**
**(203) 965-4900 • JURIS NO. 436691**

1332995v.1

THE DEFENDANT,
TIDEWATER EXPRESS, INC.

BY:  _/s/ Michael R. Keller_____
Michael R. Keller, Esq.
Federal Bar No.: ct29284
Morrison Mahoney LLP
Four Stamford Plaza, Suite 403
107 Elm Street
Stamford, CT 06902
Telephone: (203) 965-4900
E-Mail: mkeller@morrisonmahoney.com

MORRISON MAHONEY LLP • COUNSELLORS AT LAW

FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902

(203) 965-4900 • JURIS NO. 436691

1332995v.1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing document was served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

Jessica A. Kordas, Esq.
Papcsy Janosov Roche
53 East Avenue
Norwalk, CT 06851
*Counsel for Plaintiff*

  */s/ Michael R. Keller*
Michael R. Keller (ct29284)

6

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902**
**(203) 965-4900 • JURIS NO. 436691**

1332995v.1

# EXHIBIT A

1332995v.1

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**See other side for instructions**

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[ ] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 123 HOYT STREET, STAMFORD, CT 06905 | ( 203 ) 965-5308 | JUNE           6    2 017 |
| | | Month       Day      Year |

| [x] Judicial District | [ ] G.A. Number: | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code: *(See list on page 2)* |
|---|---|---|---|
| [ ] Housing Session | | STAMFORD | Major: V   Minor: 01 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| PAPCSY JANOSOV ROCHE, 53 EAST AVENUE, NORWALK, CT 06851 | 428746 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 203 ) 642.3888 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [ ] Yes  [x] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 2 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: COLLINGTON, LEON SHAWN<br>Address: 290 GREENWICH AVENUE, STAMFORD, CT 06902 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: DELANY, JOSEPH<br>Address: 4084 CRYSTAL DAWN LANE, SAN DIEGO, A 92122 | D-01 |
| Additional Defendant | Name: TIDEWATER EXPRESS, INC<br>Address: PO BOX 2177, ALISBURY, MD 21802 | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [x] Commissioner of the Superior Court<br>[ ] Assistant Clerk | Name of Person Signing at Left<br>JESSICA A KORDAS | Date signed<br>4/28/2017 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | N. E. Nikola<br>Conn. State Marshal<br>Fairfield County |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

[ Print Form ]          (Page 1 of 2)          [ Reset Form ]

| RETURN DATE: JUNE 6, 2017 | : | SUPERIOR COURT |
| LEON SHAWN COLLINGTON | : | J.D. OF STAMFORD/NORWALK |
| VS. | : | AT STAMFORD |
| JOSEPH DELANY, ET. AL. | : | APRIL 28, 2017 |

## COMPLAINT

**FIRST COUNT:**     (As to the Plaintiff, Negligence Against the Defendant,
                JOSEPH DELANY):

1. On or about April 28, 2015, at approximately 6:12 a.m., the Plaintiff, LEON

   SHAWN COLLINGTON, was the operator of a 2006 KW T800 commercial motor

   vehicle, Connecticut registration 45070A, traveling northbound on Interstate 95

   entering the Fairfield Rest Area in the City of Fairfield, County of Fairfield, State of

   Connecticut.

2. At the same time and place, the Defendant, JOSEPH DELANY, was the operator of

   a 2007 Freight Model TT commercial motor vehcile, Maryland registration 795F09, ,

   parked in the fire lane of the notherbound Interstate 95 Fairfield Rest Area, in the

   City of Fairfield, County of Fairfield, and State of Connecticut, impeding the travel

   portion of the roadway, when the Plaintiff struck the rear of the Defendant's vehcile.

3. The aforesaid violent collision and the resulting injuries were caused by the

   negligence and carelessness of the Defendant, JOSEPH DELANY, in one or more

   of the following ways:

1

a.  IN THAT he parked his vehicle on the lefthand side of and within the travel

portion of the roadway thereby obstructing traffic in direct violation of

C.G.S. §14-251;

b.  IN THAT he parked his vehicle in a fire lane in direct violation of municipal

and/or state ordinance defining, designating and prohibiting the parking

there in of a fire lane which was, at all times referenced herein, clearly marked

and/or deliniated;

c.  IN THAT he failed to exercize reasonable care in ensuring his vehcile was

parked outside of the travel portion of the roadway;

d.  IN THAT he failed to warn oncoming opperators that his vehicle was

obstructing the travel portion of the roadway;

e.  IN THAT he failed to keep his vehicle under proper and reasonable control;

f.  IN THAT he parked his vehicle in such a way that caused a hazard to

oncoming vehicles as it was parked within the cars entrance of the rest area

and impeeded on the travel portion of the roadway, which a reasonable

person would have or should have known would be unreasonably

hazzardous; and

g.  IN THAT he failed to exercize reasonable care in parking his vehcile within

the rest area.

2

The collision described above seriously injured the Plaintiff, LEON SHAWN
COLLINGTON.  More specifically, the Plaintiff, LEON SHAWN
COLLINGTON, suffered the following painful and serious injuries, some or all of
which may be permanent in nature:

    a.   Chest Pain;

    b.   Right side pain;

    c.   Low back pain;

    d.   Left elbow pain;

    e.   Bilateral leg pain;

    f.   Deformities to his upper and lower extremities;

    g.   CT Scans;

    h.   X-Ray Imaging;

    i.   Fractured Ribs (5 and 6);

    j.   Pulminary contusion;

    k.   Right lobe pneumothorax;

    l.   Grade 2 liver laceratoin;

    m.   Chest wall injury;

    n.   Invasive testing and/or monitoring;

    o.   Lung contusion;

    p.   Closed rib fracture;

3

q.  Forearm pain;

r.  Lumbago;

s.  Bruising;

t.  Abrasions;

u.  Difficulty breathing;

v.  Right shoulder pain;

w.  Decreased range of motion right shoulder;

x.  Wrist tendarness;

y.  Adhesive capulitis right shoulder;

z.  Acute costochondritis;

aa. Sternocastal pain;

bb. Consution of right chest wall;

cc. Right pulmonary contusion;

dd. Contusion left elbow;

ee. Elbow strain;

ff.  Imapired posutre;

gg. Impaired muscle performance;

hh. Impaired joint mobility;

ii.  Ligament or connective tissue disorder;

jj.  Hand therapy;

kk. Sacroilliac joint injections;

ll.  Trigger point injections;

mm.        Pain;

nn. Suffering;

oo. Mental anguish;

pp. Sleeplessness;

qq. Anxiety; and

rr.  Emotional Distress.

4.  Because of these injuries resulting from the negligence of the Defendant, JOSEPH
    DELANY, the Plaintiff, LEON SHAWN COLLINGTON, has expended large
    sums of money for medical treatment and will likely be forced to incur more of such
    costs for medical treatment in the future.

5.  The injuries sustained by the Plaintiff, LEON SHAWN COLLINGTON, as the
    result of the negligence and carelessness of the Defendant, JOSEPH DELANY, as
    aforesaid, disrupted the Plaintiff, LEON SHAWN COLLINGTON 's, ability to
    carry on and enjoy life's activities and will likely restrict the activities in which he can
    engage in the future.

6.  As a further result of the negligence and carelessness of the Defendant, JOSEPH
    DELANY, as aforesaid, and the injuries caused to the Plaintiff, LEON SHAWN

COLLINGTON, the Plaintiff, LEON SHAWN COLLINGTON, has become

anxious and fearful of increased risk of future injuries.

7.   As a further result of the negligence and carelessness of the Defendant, JOSEPH

DELANY, as aforesaid, the Plaintiff, LEON SHAWN COLLINGTON, was unable

to pursue his normal course of employment for a period of time, to his financial

detriment.

8.   As a further result of the negligence and carelessness of the Defendant, JOSEPH

DELANY, as aforesaid, the Plaintiff, LEON SHAWN COLLINGTON, may be

restricted in his employment in the future, to his further detriment.


**SECOND COUNT:**   (As to the Plaintiff, Vicarious Liability Against the Defendant,
TIDEWATER EXPRESS, INC):

1.   Paragraphs 1 through 3, inclusive, of the First Count, are hereby re-alleged and

made paragraphs 1 through 3, inclusive, of the Second Count as if fully set forth

herein.

4.   At all times mentioned herein, the Defendant, JOSEPH DELANY, operated, and

was operating said 2008 commercial motor vehicle with the express consent,

knowledge, and permission of the registered owner, and employer, co-Defendant,

TIDEWATER EXPRESS, INC.

6

5.  Paragraphs 4 through 8, inclusive, of the First Count, are hereby re-alleged and made paragraphs 5 through 9, inclusive, of the Second Count, as if fully set forth herein.

11. The Defendant, TIDEWATER EXPRESS, INC, is liable pursuant to C.G.S. § 52-183.

12. The Defendant, TIDEWATER EXPRESS, INC, is liable pursuant to C.G.S. §52-182.

WHEREFORE, the Plaintiff claims:

    a.  Monetary damages; and

    b.  Such other and further relief as the Court may deem just and equitable.

THE PLAINTIFF,

JESSICA A. KORDAS
PAPCSY JANOSOV ROCHE
53 EAST AVENUE
NORWALK, CT 06851
T: (203) 642-3888
Juris No.: 428746

A True Copy
Attest
N. E. Nikola
Conn. State Marshal
Fairfield County

7

RETURN DATE: JUNE 6, 2017         :      SUPERIOR COURT

LEON SHAWN COLLINGTON           :      J.D. OF STAMFORD/NORWALK

VS.                                              :      AT STAMFORD

JOSEPH DELANY, ET. AL.              :      APRIL 28, 2017

### AMOUNT IN DEMAND

The amount, legal interests, or property in demand is FIFTEEN THOUSAND

AND 00/100 DOLLARS ($15,000.00) OR MORE, exclusive of interests and costs.

THE PLAINTIFF,


JESSICA A. KORDAS
PAPCSY JANOSOV ROCHE
53 EAST AVENUE
Norwalk, CT 06851
T: (203) 642-3888
Juris No.: 428746


'A True Copy'
N. E. Nikola
Conn. State Marshal
Fairfield County

8

## State Marshal N. E. Nikola
P.O. Box 5797
Bridgeport, CT 06610

# RETURN OF SERVICE

STATE OF CONNECTICUT
                    SS:  Bridgeport / Wethersfield
COUNTY OF FAIRFIELD

In the matter concerning:     Leon Shawn Collington
                              Vs:
                              Joseph Delany and Tidewater Express, Inc.

May 8th, 2017
Then and there, by virtue hereof and at the direction of the plaintiff's attorney, I made due and legal service in accordance with Connecticut General Statute Sec. 52-62 upon the within named defendant Joseph Delany by leaving a true and attest copy of the within original Writ, Summons, Complaint and Amount in Demand at the office of the Commissioner of Motor Vehicles, Connecticut. Said Commissioner is agent for service and attorney for the within named defendant Joseph Delany of San Diego, CA.

Then and there, by virtue hereof and at the direction of the plaintiff's attorney, I made due and legal service in accordance with Connecticut General Statute Sec. 52-62 upon the within named defendant Tidewater Express, Inc.  by leaving a true and attest copy of the within original Writ, Summons, Complaint and Amount in Demand at the office of the Commissioner of Motor Vehicles, Connecticut. Said Commissioner is agent for service and attorney for the within named defendant Tidewater Express, Inc. of Alisbury, MD.

And afterwards on the 9th day of May, 2017, I deposited at the Post Office via Certified Mail postage paid, return receipt requested, a true and attested copy of the within original Writ, Summons, Complaint and Amount in Demand and declaration of service on the Commissioner Of Motor Vehicles addressed to the within named defendant Joseph Delany at 4084 Crystal Dawn Lane, San Diego, CA 92122 and bearing receipt number **7014 2870 0001 8335 8889** with the receipt hereon attached.

And afterwards on the 9th day of May, 2017, I deposited at the Post Office via Certified Mail
postage paid, return receipt requested, a true and attested copy of the within original Writ,
Summons, Complaint and Amount in Demand and declaration of service on the Commissioner
Of Motor Vehicles addressed to the within named defendant Secretary: Tidewater Express, Inc.
at P.O. Box 2177, Alisbury, MD 21802 and bearing receipt number **7014 2870 0001 8335 8872**
with the receipt hereon attached.


Attest _____

N. E. Nikola
State Marshal
Fairfield County



# EXHIBIT B

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date |
|---|
| **Jun-06-2017** |
| Docket number |
| **FST-CV-17-6032276** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**COLLINGTON, LEON SHAWN  v. DELANY, JOSEPH Et Al**

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| | | | | **123 HOYT STREET STAMFORD, CT 06905** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| **MORRISON MAHONEY LLP** | **436691** |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| **FOUR STAMFORD PLAZA 107 ELM STREET SUITE 403** | | **203-965-4900** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| **STAMFORD** | **CT** | **06902** | **203-487-6395** | **ekolstad@morrisonmahoney.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: _____
2. ☐ This appearance is in addition to an appearance already on file.           *(Name and Juris Number)*

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☒ Yes | ☐ No |
|---|---|---|

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 434044 | **MICHAEL R KELLER** | **Jun 07 2017** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jun 07 2017**    to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| **PAPCSY JANOSOV ROCHE - 53 EAST AVENUE/NORWALK, CT 06851** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 434044 | **MICHAEL R KELLER** | **Jun 07 2017** | **203-965-4900** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for FST-CV-17-6032276-S**

**Submitted By MORRISON MAHONEY LLP (436691)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 JOSEPH DELANY

Pty# D-02 TIDEWATER EXPRESS, INC

**\*\*\*\*\* End of Party List \*\*\*\*\***

You have successfully e-filed!                                               Page 1 of 1

Case 3:17-cv-00945-JAM   Document 1   Filed 06/08/17   Page 22 of 25

**State of Connecticut Judicial Branch**
# Civil and Family E-Services

---

**Attorney/Firm:** MORRISON MAHONEY LLP (436691)        **E-Mail:** mkeller@morrisonmahoney.com   Logout

FST-CV17-6032276-S   **COLLINGTON, LEON SHAWN v. DELANY, JOSEPH Et Al**
**Prefix/Suffix:** [none]   **Case Type:** V01   **File Date:** 05/31/2017   **Return Date:** 06/06/2017

**Hide Instructions**              **You have successfully e-filed!**

**Instructions:** Information about this filing is provided on this page. Please select the **Print** button to print a copy of this Confirmation. Then select the **Return to Civil/Family/Housing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

**Confirmation of E-filed Transaction (print this page for your records)**
**Docket Number:** FST-CV-17-6032276-S
**Case Name:** COLLINGTON, LEON SHAWN v. DELANY, JOSEPH
**Type of Transaction:** Appearance
**Date Filed:** Jun 07 2017
**Appearance by:** 436691 MORRISON MAHONEY LLP
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|------------|
| D-01 | JOSEPH DELANY |
| D-02 | TIDEWATER EXPRESS, INC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Jun 07 2017 9:49:44 AM

[ Return to Civil / Family Menu ]

Copyright © 2017, State of Connecticut Judicial Branch

# EXHIBIT C

MORRISON MAHONEY LLP • COUNSELLORS AT LAW

FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902

(203) 965-4900 • JURIS NO. 436691

1332995v.1

DOCKET NO.: FST-CV17-6032276-S          :          SUPERIOR COURT

LEON SHAWN COLLINGTON          :          JUDICIAL DISTRICT OF
                                                          STAMFORD - NORWALK

V.          :          AT STAMFORD

JOSEPH DELANY AND          :          JUNE 8, 2017
TIDEWATER EXPRESS, INC.

## NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

Pursuant to 28 U.S.C. §1446(d), the undersigned, on behalf of the defendant, Tidewater

Express, Inc. (hereinafter the "Corporate Defendant"), hereby provides notice that it has filed a

Notice of Removal of this action in and to the United States District Court for the District of

Connecticut.  A copy of the Notice of Removal is attached hereto as Exhibit A.

According to 28 U.S.C. § 1446(d), this notice hereby effectuates removal of this action

thereby preventing any further action in the Superior Court.

THE DEFENDANT,
TIDEWATER EXPRESS, INC.

BY:  _/s/ Michael R. Keller  (434044)_____
          Michael R. Keller, Esq.
          Morrison Mahoney LLP
          - Their Attorney -

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902
(203) 965-4900 • JURIS NO. 436691

1332995v.1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the above was mailed or electronically delivered on **June 8, 2017** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were electronically served:

Jessica A. Kordas, Esq.
Papcsy Janosov Roche
53 East Avenue
Norwalk, CT 06851
*Counsel for Plaintiff*


   */s/ Michael R. Keller*
Michael R. Keller (434044)

MORRISON MAHONEY LLP • COUNSELLORS AT LAW

FOUR STAMFORD PLAZA, 107 ELM STREET, SUITE 403 • STAMFORD, CONNECTICUT 06902

(203) 965-4900 • JURIS NO. 436691

1332995v.1