### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEON SHAWN COLLINGTON, | CIVIL ACTION NO.: 3:17-CV-945 |
| Plaintiff, | |
| v. | |
| TIDEWATER EXPRESS, INC. AND JOSEPH DELANY, | Date:  July 17, 2018 |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-referenced action hereby stipulate that all claims of the plaintiff, Leon Shawn Collington, against the defendants, Tidewater Express, Inc. and Joseph Delany, and this entire action should be dismissed with prejudice, and without costs or attorneys' fees, and that all rights of appeal are waived.

**Plaintiff,**

**LEON SHAWN COLLINGTON**
By his attorney,

 _/s/ Devin W. Janosov, Esq. ct27963_
**Devin W. Janosov, Esq.**
Papcsy Janosov Roche
53 East Avenue
Norwalk, CT 06851
203-642-3888
Fax: 203-642-3887
Email: devin@pjrlawyers.com

**Defendants,**

**TIDEWATER EXPRESS, INC. AND JOSEPH DELANY**
By their attorney,

 _/s/ Michael R. Keller ct29284___
**Michael R. Keller ct29284**
Morrison Mahoney LLP
4 Stamford Plaza
107 Elm Street, Suite 403
Stamford, CT 06902
203-965-4900
Fax: 203-487-6395
Email: mkeller@morrisonmahoney.com

1

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically on this **17 July 2018** and was served by mail to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

Devin W. Janosov, Esq.
Papcsy Janosov Roche
53 East Avenue
Norwalk, CT 06851
devin@pjrlawyers.com
devinjanosov@gmail.com
devin@myinjuryfirm.com

                                              */s/ Michael R. Keller (ct29284)*
                                                Michael R. Keller